The decision of the Commission is affirmed. Rule 84.16(b).

■

Arthur EWING, Appellant,

v.

DIVISION OF EMPLOYMENT SECURITY, Respondent.

No. WD 70329.

Missouri Court of Appeals, Western District.

June 30, 2009.

Arthur Ewing, pro se.

Shelly A. Kintzel, for Respondent.

Before Division One: JAMES E. WELSH, P.J., VICTOR C. HOWARD, Judge and ALOK AHUJA, Judge.

***ORDER***

PER CURIAM:

Arthur Ewing appeals the decision of the Labor and Industrial Relations Commission, which found that Ewing was discharged for misconduct connected with work and was, therefore, disqualified from receiving unemployment benefits. On appeal, Ewing claims that the Commission's

■

MISSOURI BOARD OF HEALING ARTS, Appellant,

v.

Scott DIERING, M.D., Respondent.

No. WD 69804.

Missouri Court of Appeals, Western District.

June 30, 2009.

Rex P. Fennessey, St. Louis, MO, for appellant.

Terry C. Allen, Jefferson City, MO, for respondent.

Before Division Three: HAROLD L. LOWENSTEIN, Presiding Judge, JOSEPH M. ELLIS and LISA WHITE HARDWICK, Judges.

ORDER

PER CURIAM.

The Board of Healing Arts ("the Board") appeals the judgment of the Administrative Hearing Commission ("the

AHC") granting Scott Diering an unrestricted temporary license. The Board contends that the AHC misinterpreted Section 334.100.2(1), arguing that the AHC should have applied a broad interpretation of the statute. This court finds no error in the AHC's judgment. A written opinion reciting the detailed facts and restating the applicable principles of law would have no precedential or jurisprudential value. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order. Judgment affirmed. Rule 84.16(b).